1  SHELDON J. WARREN, No. 096668
   swarren@swarrenlaw.com
2  DANI H. ROGERS, No. 130640
   drogers@swarrenlaw.com
3  **LAW OFFICES OF SHELDON J. WARREN,**
   **a Professional Law Corporation**
4  P. O. Box 30220
   Long Beach, California 90853
5  Telephone:   562.433.9688
   Facsimile:   562.433.9711
6

7  Attorneys for Defendant
   MATERION BRUSH INC.
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD DWAYNE MANNING, | **No. 2:19-CV-02202-MCE-CKD** |
| Plaintiff, | |
| v. | **STIPULATION AUTHORIZING ELECTRONIC SERVICE; ORDER** |
| ARCONIC INC., formerly known as Alcoa., a Delaware corporation; MATERION BRUSH INC., formerly known as Brush Wellman, Inc., an Ohio corporation; U.S. MINERALS, INC., a Delaware corporation; WABCO HOLDINGS, INC., as successor-in-interest to Meritor Wabco Vehicle Control Systems, a Delaware corporation; and DOES 1 Through 120, INCLUSIVE, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between counsel for Plaintiff and counsel for Defendants that electronic service utilizing File *& ServeXpress* is necessary for the expeditious and efficient resolution of the above-captioned litigation. When a party to this litigation wishes to serve a document to counsel of record, that party shall effectuate service of the document by the procedures set forth in this Order (subject to the exceptions outlined herein):

{00019887.DOC}

**STIPULATION AUTHORIZING ELECTRONIC SERVICE; ORDER**

**A.    FILE & SERVEXPRESS**

1. In order to facilitate case management, document retrieval and case organization, the parties will utilize the services of File & Serve*Xpress* ("FSX") and its litigation system (the "System") for providing electronic service, storage and delivery of non-court-filed and discovery-related documents through a secure website to facilitate expeditious, efficient and economical communication by and amongst counsel.

**B.    SERVICE ONLY**

2. The System shall apply only to the service of documents that are not otherwise filed with the Court. All documents filed with the Court must be filed and served utilizing the Eastern District of California's CM/ECF E-Filing System, and are subject to the applicable Federal Rules of Civil Procedure, Local Rules of the Eastern District of California, and this Court.

3. Specially appearing defendant WABCO Holdings Inc. agrees to the use of FSX without waiving its right to contest jurisdiction and venue.

**C.    SERVICE LIST & SIGN-UP**

4. Within five (5) days of the entry of this Order, plaintiff's counsel shall submit to FSX a complete and current service list of counsel of record for this litigation. Within five (5) days of the entry of this Order, each attorney of record for this litigation, or within five (5) days of the entry of appearance for a new attorney of record, shall register for electronic service in this litigation by completing the application located at the following website: https://os.fileandservexpress.com/web/ui/welcomepage.aspx.

**D.    SERVICE OF DOCUMENTS AND WEBSITE**

5. When any counsel of record wishes to serve a document, that counsel shall serve the document according to all the requirements and procedures of this Order. All references to "document" in this Order shall be interpreted to include any exhibits or attachments to the document and shall include all non-court-

filed documents, including discovery-related documents (such as interrogatories, requests for production, deposition notices/transcripts, etc.); provided, however, that each attorney shall determine individually whether to utilize the System to serve correspondence and/or the actual production of discovery documents in response to another party's request for production.

6. FSX shall establish and maintain an Internet website (the "Website") for this litigation. FSX will post all documents served by the parties to the Website as provided in this Order and shall serve each document on the parties included on the service list provided to FSX in accordance with the procedures herein.

7. Each attorney shall serve each document via electronic transfer of the document file to FSX via the Internet (either as a word-processing file or a scanned image of the document). Each attorney shall title each document to identify the type and purpose of each document and the party who is submitting such document. Each document electronically served pursuant to this Order shall be deemed to have been served under the Federal Rules of Civil Procedure.

However, if a party is unable to submit a document for service through FSX due to technical difficulties, the party may serve the document through personal delivery, facsimile transmission, express mail or other means reasonably calculated to ensure delivery not later than the close of the next business day after the time the document is filed.

8. After FSX receives a document, FSX shall convert such document into Adobe Portable Document Format ("PDF") and post it to the Website within one (1) hour of receipt.

9. Within one (1) hour of the time a document is posted to the Website, FSX shall send an email to all registered users notifying them that the document has been posted to the Website (unless such registered user has declined to receive such email notifications, or made other arrangements with FSX). The

email shall contain hypertext link(s) to the document location(s) on the System (or, if so designated by the recipient, the email shall have the served document attached thereto).

10. All documents posted on the System will be identified by: (a) the name of the serving law firm; (b) the caption(s) of the case(s) to which the document belongs; (c) the title of the document set forth on its caption; and (d) the identity of the party on whose behalf the document is being served.

11. The System shall contain an index of all served documents for the litigation that will be searchable and sortable according to methods that provide useful 24/7 365 days' access to the documents.

12. Access to the System will be limited to registered users. Registered users will consist of counsel of record and their designated staff members. FSX will provide each registered user with a user name and password to access the System and the documents served in the litigation. FSX personnel will perform all administrative functions for the System, but all initial data, additions, deletions or changes to the service list must be approved by the counsel for Plaintiff and Defendants.

13. Every document served electronically shall bear a facsimile or typographical signature of at least one of the attorneys of record, along with the typed name, address, telephone number and State Bar of California number of such attorney. Typographical signatures shall be treated exactly as personal signatures for purposes of electronically served documents under the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of California.

14. Any document transmitted to the System shall certify in the Proof of Service that a true and correct copy was electronically served on counsel of record by transmission to FSX.

15. Until further notice, documents that, if filed with the Court, would be filed under seal ("sealed documents"), shall not be served through the

System. Instead, the service of sealed documents shall be made pursuant to the applicable Federal Rules of Civil Procedure and Local Rules of the Eastern District of California.

16. FSX shall have available to counsel of record and the Court a 24-hour 365 days help desk hotline at (888) 529-7587 and support via email at support@fileandserve.com.

17. Any document served as described above that requires a response within a specified time period shall be served no later than 5:00 p.m. PST/PDT. If such document is served after 5:00 p.m. PST/PDT, it will be deemed served on the next business day for purposes of computing the time to respond.

Dated: January 7, 2020      **METZGER LAW GROUP APLC**

By /s/ *Raphael Metzger (as authorized on 01/02/2020)*
RAPHAEL METZGER
Attorneys for Plaintiff
MATTHEW DWAYNE MANNING

Dated: January 7, 2020      **LAW OFFICES OF SHELDON J. WARREN**

By /s/ *Sheldon J. Warren*
SHELDON J. WARREN
Attorneys for Defendant
MATERION BRUSH INC.

Dated: January 7, 2020      **TATRO TEKOSKY SADWICK LLP**

By /s / *Rene P. Tatro (as authorized on 01/02/2020)*
RENE P. TATRO
Counsel for Defendant ARCONIC INC.

| | | |
|---|---|---|
| Dated: January 7, 2020 | | **CHRISTENSEN HSU SIPES LLP** |

By /s / *Jennifer K. Stinnett (as authorized on 01/02/2020*
JENNIFER K. STINNETT
Counsel for Defendant U.S. MINERALS, INC.

Dated: January 7, 2020  **HUGO PARKER, LLP**

By /s / *James C. Parker (as authorized on 01/02/2020*
JAMES C. PARKER
Counsel for Defendant U.S. MINERALS, INC.

Dated: January 7, 2020  **GORDON & REES LLP**

By /s / *Don Willenburg (as authorized on 01/03/2020*
DON WILLENBURG
Counsel for Specially Appearing Defendant WABCO HOLDINGS, INC.

# **ORDER AUTHORIZING ELECTRONIC SERVICE**

The Stipulation of the parties is approved and accepted. The parties shall abide by the foregoing Stipulation.

IT IS SO ORDERED.

DATED: January 7, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**STIPULATION AUTHORIZING ELECTRONIC SERVICE; ORDER**