1  METZGER LAW GROUP
   A PROFESSIONAL LAW CORPORATION
2  RAPHAEL METZGER, ESQ., SBN 116020
   LAURA E. GOOLSBY, ESQ., SBN 312721
3  555 E. OCEAN BLVD., SUITE 800
   LONG BEACH, CA  90802-4966
4  TELEPHONE:  (562) 437-4499
   TELECOPIER: (562) 436-1561
5  WEBSITE: www.toxictorts.com
   Attorneys for Plaintiff,
6  RONALD DWAYNE MANNING

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RONALD DWAYNE MANNING,<br><br>Plaintiff,<br><br>v.<br><br>ARCONIC INC., formerly known as Alcoa Inc., a Delaware corporation; MATERION BRUSH INC., formerly known as Brush Wellman, Inc., an Ohio corporation; U.S. MINERALS, INC., a Delaware corporation; WABCO HOLDINGS, INC., as successor-in-interest to Meritor Wabco Vehicle Control Systems, a Delaware corporation; and DOES 1 through 120, INCLUSIVE,<br><br>Defendant. | CASE NO. 2:19-cv-02202-MCE-DMC<br><br>*Assigned to Hon. Morrison C. England, Jr. Courtroom 7*<br><br>**STIPULATION RE DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a); ORDER RE DISMISSAL** |
|---|---|

1

Plaintiff RONALD DWAYNE MANNING ("Plaintiff") and Defendant WABCO HOLDINGS, INC. ("Defendant") hereby stipulate under Federal Rule of Civil Procedure 41(a) that all claims and causes of actions be dismissed with prejudice as to Defendant WABCO HOLDINGS, INC., ONLY. Each party to this stipulation shall bear that party's own attorney's fees and costs.

DATED: June 16, 2020    METZGER LAW GROUP
A Professional Law Corporation

/s/ LAURA E. GOOLSBY
_____
LAURA E. GOOLSBY
Attorneys for Plaintiff
RONALD DWAYNE MANNING

DATED: June 16, 2020    GORDON REES SCULLY MANSUKHANI

/s/ DON WILLENBURG
_____
DON WILLENBURG
Attorneys for Defendant
WABCO HOLDINGS, INC.

**ORDER OF DISMISSAL**

The Stipulation of the parties is approved and accepted. Pursuant to such stipulation of the parties under Federal Rule of Civil Procedure 41(a), it is hereby ordered that this action be, and hereby is, dismissed with prejudice as to Defendant WABCO HOLDINGS, INC., ONLY. Each party to this stipulation shall bear that party's own attorney's fees and costs. This case shall proceed on Plaintiff's remaining claims.

IT IS SO ORDERED.

Dated: June 18, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE