UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RONALD DWAYNE MANNING, | No. 2:19-cv-02202-MCE-DMC |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| ARCONIC INC., et al., | |
| Defendants. | |

By way of this action, Plaintiff seeks to recover from Defendants Arconic, Inc., Materion Brush, Inc., U.S. Minerals, Inc., and WABCO Holdings, Inc. ("WABCO Holdings"), for injuries sustained as a result of his long-term exposure to Beryllium-containing products.  Presently before the Court is a Request for Order Permitting Employer's Workers Compensation Lien Under California Labor Code section 3856(b) filed by State Compensation Insurance Fund ("SCIF").   That Request is denied without prejudice.

///

///

///

///

///

1

California's Labor Code provides:

> If the action is prosecuted by the employee alone, the court shall first order paid from any judgment for damages recovered the reasonable litigation expenses incurred in preparation and prosecution of such action, together with a reasonable attorney's fee which shall be based solely upon the services rendered by the employee's attorney in effecting recovery both for the benefit of the employee and the employer. After the payment of such expenses and attorney's fee the court shall, on application of the employer, allow as a first lien against the amount of such judgment for damages, the amount of the employer's expenditure for compensation together with any amounts to which he may be entitled as special damages under Section 3852.

Cal. Labor Code § 3856(b).  The current request lacks sufficient evidentiary support showing that SCIF has made any payments or allowing the Court to calculate the amount of the requested lien.  Nor is it clear to the Court that it makes sense, from a practical perspective, to address the lien request now, rather than waiting until when—or if—a judgment is entered or a settlement reached.  Accordingly, the Request at ECF No. 27 is DENIED without prejudice.

   IT IS SO ORDERED.

Dated:  August 6, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE