UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD DWAYNE MANNING,<br><br>Plaintiff,<br><br>v.<br><br>ARCONIC INC., et al.,<br><br>Defendants. | No.  2:19-cv-02202-MCE-DMC<br><br><br><br>**ORDER** |

Presently before the Court is Plaintiff's Motion for Modification of Initial Pretrial Scheduling Order and Extension of Time for Completion of Discovery.[1]  ECF No. 31.  Good cause having been shown, that Motion is GRANTED.  The discovery cutoff, which the exception of fact discovery, shall hereby be extended to a date not later than one hundred and eighty (180) days following the date this Order is electronically filed.

IT IS SO ORDERED.

Dated:  April 6, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument would not have been of material assistance, the Court ordered this matter submitted on the briefs.  See E.D. Cal. Local R. 230(g).

1