UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD DWAYNE MANNING, | No. 2:19-cv-02202-MCE-DMC |
| Plaintiff, | |
| v. | **AMENDED ORDER** |
| ARCONIC INC., et al., | |
| Defendants. | |

Presently before the Court is Plaintiff's Motion for Modification of Initial Pretrial Scheduling Order and Extension of Time for Completion of Discovery.[1] ECF No. 31. Good cause having been shown, that Motion is GRANTED. The discovery cutoff, with the exception of expert discovery, shall hereby be extended to a date not later than one hundred and eighty (180) days following the date this Order is electronically filed.

IT IS SO ORDERED.

Dated: April 6, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument would not have been of material assistance, the Court ordered this matter submitted on the briefs. See E.D. Cal. Local R. 230(g).

1