SHELDON J. WARREN, No. 096668
swarren@swarrenlaw.com
DANI H. ROGERS, No. 130640
drogers@swarrenlaw.com
**LAW OFFICES OF SHELDON J. WARREN,
a Professional Law Corporation**
P. O. Box 30220
Long Beach, California 90853
Telephone:   562.433.9688
Facsimile:   562.433.9711

Attorneys for Defendant
MATERION BRUSH INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO DISTRICT)

| | |
|---|---|
| RONALD DWAYNE MANNING, | **No. 2:19-CV-02202-MCE-CKD** |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL** |
| ARCONIC INC., formerly known as Alcoa., a Delaware corporation; MATERION BRUSH INC., formerly known as Brush Wellman, Inc., an Ohio corporation; U.S. MINERALS, INC., a Delaware corporation; WABCO HOLDINGS, INC., as successor-in-interest to Meritor Wabco Vehicle Control Systems, a Delaware corporation; and DOES 1 Through 120, INCLUSIVE, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action, in its entirety, be and hereby is dismissed *with prejudice* pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), and that each party shall bear his or its own attorneys' fees and costs.

///

///

{00023423.DOC}

**STIPULATION OF DISMISSAL**

**METZGER LAW GROUP**

Dated: May 25, 2022          By: /s/
                                 Raphael Metzger
                                 Attorneys for Plaintiff
                                 RONALD DWAYNE MANNING

**LAW OFFICES OF SHELDON J. WARREN**

Dated: May 25, 2022          By: /s/
                                 SHELDON J. WARREN
                                 Attorneys for Defendant
                                 MATERION BRUSH, INC.

**HUGO PARKER, LLP**

Dated: May 23, 2022          By: /s/
                                 James C. Parker
                                 Bina Ghanaat
                                 Attorneys for Defendant
                                 U.S. MINERALS, INC.

**CHRISTENSEN HSU SIPES LLP**

Dated: May 23, 2022          By: /s/

                                 Jennifer K. Stinnett
                                 Richard V. De Gruccio
                                 Attorneys for Defendant
                                 U.S. MINERALS, INC.

**TATRO TEKOSKY SADWICK, LLP**

Dated: May 31, 2022          By: /s/
                                 René P. Tatro
                                 Juliet A. Markowitz
                                 Attorneys for Defendant
                                 ARCONIC, INC.

# ORDER

Pursuant to the Stipulation of Dismissal of the Parties, this action is hereby dismissed in its entirety, *with prejudice*. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: May 31, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE